No. 77–6373. Eaton *v.* United States. C. A. 5th Cir. Certiorari dismissed under this Court's Rule 60.

June 19, 1978

No. 77–6547. Wedel *v.* United States. C. A. 10th Cir. Certiorari dismissed under this Court's Rule 60.

No. 77–1460. Niagara Mohawk Power Corp. *v.* Public Service Commission of New York. Appeal from App. Div., Sup. Ct. N. Y., 3d Jud. Dept., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 77–6796. Godbout *v.* Norton. Appeal from Sup. Ct. Minn. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. A–1029 (77–1674). Field *v.* United States. C. A. 2d Cir. Application for bail denied without prejudice to an application in the District Court. See 18 U. S. C. §§ 3148, 3146; Fed. Rule App. Proc. 9 (b); *United States* v. *Bowdach,* 561 F. 2d 1160, 1167, and n. 2 (CA5 1977).